UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ALEXIA B. PLANKERS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) **JUDGMENT** |
| | ) No. 5:12-CV-267-FL |
| HENRY M. JACKSON FOUNDATION FOR THE ADVANCEMENT OF MILITARY MEDICINE, | ) ) ) ) |
| Defendant. | ) |

Pursuant to the Notice of Acceptance of Offer of Judgment filed by plaintiff in this case on March 13, 2013, and in accordance with Rule 68 of the Federal Rules of Civil Procedure, **IT IS ORDERED, ADJUDGED AND DECREED** that judgment is hereby entered against defendant Henry M. Jackson Foundation for the Advancement of Military Medicine in the amount of Twenty Thousand and No/100 Dollars ($20,000.00) including all of plaintiff's claims for relief. This shall be the total amount to be paid by defendant on account of any liability claimed in this action, including all damages, expenses, interest, and attorney's fees otherwise recoverable in this action by plaintiff.

**This Judgment Filed and Entered on March 19, 2013, and Copies To:**

J. Michael Genest (via CM/ECF Notice of Electronic Filing)
Matthew David Duncan (via CM/ECF Notice of Electronic Filing)
Ted Nick Kazaglis (via CM/ECF Notice of Electronic Filing)

March 19, 2013                              JULIE A. RICHARDS, CLERK
                                              /s/ Christa N. Baker
                                             (By) Christa N. Baker, Deputy Clerk