IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:12-CV-267-FL

FILED IN OPEN COURT
ON 6-21-13 KM
Julie A. Richards, Clerk
US District Court
Eastern District of NC

ALEXIA B. PLANKERS )
)
  Plaintiff )
) ~~(PROPOSED)~~
v. ) **ORDER GRANTING DEFENDANT'S**
) **MOTION FOR ENTRY OF**
HENRY M. JACKSON FOUNDATION ) **SATISFACTION OF JUDGMENT AND**
FOR THE ADVANCEMENT OF ) **AWARD OF ATTORNEYS' FEES**
MILITARY MEDICINE )
)
  Defendant. )

AND NOW, upon consideration of Defendant's Motion for Entry of Satisfaction of Judgment and supporting papers, as well as Plaintiff's Response thereto and Defendant's Reply, it is hereby ORDERED, ADJUDGED, and DECREED that Defendant's Motion is GRANTED and that Satisfaction of Judgment is entered in this matter ~~and that Defendant be awarded its attorneys' fees incurred in filing Defendant's Motion.~~

~~Within f~~ourteen days of the date of this Order, Defendant's attorney shall file an affidavit detailing the time spent on this motion. ~~To the extent that Plaintiff objects to the reasonableness of the fees sought, Plaintiff shall file an objection thereto within fourteen days of the date of the affidavit, after which the Court will take the matter under advisement.~~

This the 30th~~26~~ day of June~~____~~, 2013.

The language on the
Chubb check regarding
release has no force
and effect on plaintiff's
status as Judgment Creditor.
  /s/

_____
UNITED STATES DISTRICT COURT JUDGE